PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-4300
_____

IN RE: GOOGLE INC. COOKIE PLACEMENT
CONSUMER PRIVACY LITIGATION

William Gourley; Jose M. Bermudez; Nicholas Todd Heinrich; Lynne Krause,

Appellants
_____

On Appeal from the United States District Court
for the District of Delaware
(No. 1-12-md-02358)
District Judge: Honorable Sue L. Robinson
_____

Argued December 11, 2014

Before: FUENTES, FISHER, and KRAUSE, *Circuit Judges*

_____

**ORDER AMENDING OPINION**
_____

IT IS HEREBY ORDERED that the opinion in the above case, filed November 10, 2015, be amended as follows:

The second sentence of the first paragraph on Page 16, which read:

> For the following reasons, we will vacate the dismissal of the plaintiffs' Wiretap Act claim but affirm the dismissal of the plaintiffs' claims under the Stored Communications Act and Computer Fraud and Abuse Act.

shall read:

> For the following reasons, we will affirm the dismissal of the plaintiffs' Wiretap Act claim as well as the dismissal of plaintiffs' claims under the Stored Communications Act and Computer Fraud and Abuse Act.

This amendment does not change the filing date of the judgment or the original opinion.

BY THE COURT,

s/ *Julio M. Fuentes*
Circuit Judge

DATED:     November 12, 2015
SLC/cc:    Counsel of Record

2